IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-107-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| BOBBY RAY WATSON, SR., | ) |
| | ) |
| Defendant. | ) |

On June 11, 2012, defendant Bobby Ray Watson, Sr., filed a motion to sequester [D.E. 27],

a motion for release of Brady materials [D.E. 28], and a motion to dismiss the indictment [D.E. 29].

On June 19, 2012, the government responded [D.E. 30–31] to the motions. On August 31, 2012,

the United States filed a criminal information [D.E. 36] against Watson. On September 5, 2012,

Watson entered a guilty plea pursuant to a written plea agreement [D.E. 41] to the charges contained

in the criminal information. In light of defendant Watson's guilty plea, the motion to sequester

[D.E. 27], motion for release of Brady materials [D.E. 28], and motion to dismiss the indictment

[D.E. 29] are DENIED as moot.

SO ORDERED. This 19 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge